438 A.2d 647

Parker, etc. v. Henry, etc., Appellant v. Parker, etc.

Argued November 11, 1980.  Richard W. Kooman, II, for appellant;  Seymour A. Sikov, for appellees.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Judgment affirmed.

CAVANAUGH, J., concurred in the result.

PRICE, J., did not participate in the consideration or decision of this case.